# Court of Appeals
# of the State of Georgia

ATLANTA, November 12, 2013

*The Court of Appeals hereby passes the following order*

## A14D0080. HAWXHURST ENTERPRISES, LLC et al. v. JACKETTE SALON SUITES, INC..

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

07A4498



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, November 12, 2013.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*